Ryan T. Dunn (CA BAR NO. 215383)
rdunn@dpllp.com
DUNN & PANAGOTACOS LLP
369 Pine St., Suite 506
San Francisco, CA 94104
Telephone: (415) 982-2100
Facsimile: (415) 982-2119

Attorney for Plaintiff
PETER J. CAMPBELL



GRANTED
Judge Yvonne Gonzalez Rogers
6/26/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PETER J. CAMPBELL,<br><br>    Plaintiff,<br><br>vs.<br><br>SHEN MILSOM & WILKE, LLC, a Delaware limited liability company, and DOES 1 - 20, inclusive,<br><br>    Defendant. | Case No. 4:16-cv-03841-YGR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>TRIAL:    December 4, 2017 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Confidential Settlement Agreement between all Parties, Plaintiff PETER J. CAMPBELL, and Defendant SHEN MILSOM & WILKE, LLC, by and through their respective undersigned attorneys, hereby submit the following Stipulation for Dismissal with Prejudice. Except as set forth in the Confidential Settlement Agreement between the Parties, each side shall bear its own attorneys' fees and costs.

WHEREFORE, the parties hereby request this Honorable Court to enter an order dismissing the above matter with prejudice, including all claims, counterclaims and causes of action and for such other and further relief as the Court may deem appropriate

DATED: June 22, 2017          DUNN & PANAGOTACOS LLP

                              By: _____
                                  RYAN DUNN, ESQ.
                                  Attorney for Plaintiff
                                  PETER J. CAMPBELL

DATED: June 22, 2017          FREEMAN, FREEMAN & SMILEY, LLP

                              By: _____
                                  TERESA R. TRACY
                                  Attorneys for Defendant
                                  SHEN MILSOM & WILKE, LLC